```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A05-0226--CV (JWS)
              "JAMES L. HALL V ANDREW COTTLE ET AL"

          Including terminated parties, excluding terminated counsel


  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 09/14/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (550) Prisoner - Civil Rights
                   28:1984
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: In Forma Pauperis
         Trial by:


Parties of Record:                       Counsel of Record:

PLF 1.1         HALL, JAMES L.              James L. Hall
                                            Pro Per: 987
                                            PCC
                                            POB 919
                                            Palmer, AK 99645


DEF 1.1         COTTLE, ANDREW              No counsel found for this party!

DEF 2.1         ROBINSON, RAFAEL            No counsel found for this party!

DEF 3.1         FISCHER, MARY E.            No counsel found for this party!

DEF 4.1         SKIDMORE, JOHN              No counsel found for this party!
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0226--CV (JWS)
                          "JAMES L. HALL V ANDREW COTTLE ET AL"

                                  For all filing dates


  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 09/14/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (550) Prisoner - Civil Rights
                    28:1984
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: In Forma Pauperis
          Trial by:


Document #   Filed      Docket text
─────────────────────────────────────────────────────────────────────────────────

    1 -  1   09/14/05   PLF 1 motion (appliation) to waive filing fee.

    2 -  1   09/14/05   Complaint (42: 1983) filed w/att exhs.

    3 -  1   09/15/05   JWS Order denying mot (appl) to waive filing fee (1-1) w/leave to amend;
                        amended appl due 10/17/05 or pay $250.00 filing fee or file notice of
                        voluntary dismissal by 10/17/05; for plf to receive copies of cmplt &
                        appl he must send $0.50/page for copies. cc: J. Hall w/Form PS09 &
                        instructions, PS10, PSLC

    4 -  1   09/23/05   PLF 1 Address Change Notice.

    5 -  1   09/26/05   PLF 1 motion (application) to waive filing fee.

    6 -  1   10/11/05   JWS Order denying motion (application) to waive filing fee (5-1).  Mr
                        Hall to file an amneded application to waive prepayment of fees by
                        10/31/05, otherwise by 10/31/05 he must pay the $250.00 filing fee.  The
                        clerk is directed to send forms PS10 prisoners application to waive
                        prepayment of fees, w/instuctions, & PS09 Notice of volumtary dismissal
                        to Mr. Hall. Mr. hall to follow LR 10.1(b).  cc: J. Hall w/Forms PS09 &
                        PS10 w/instructions, PSLC

    7 -  1   11/23/05   JKS Order of dismissal w/o prej; plf warned he must send separate docs
                        to crt for each case before the crt; if plf sends 1 doc for filing in
                        more than 1 case that doc will be returned by clk. cc: cnsl, PSLC

    8 -  1   11/23/05   JKS Judgment that action dism w/o prej. cc: cnsl, PSLC, O&J 11905
```