IN THE U.S. DISTRICT COURT/FOR THE DISTRICT OF ALASKA.

RECEIVED
MAY 31 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

JAMES L. HALL #987,
    Plaintiff,

VS.

MARY FISCHER, JOHN SKIDMORE;
ANDREW COTTLE, RAFAEL ROBINSON,
    Defendant.

Case No: A05-0226 CV (JWS)

MOTION FOR: REOPEN OF CASE.

I, JAMES L. HALL, REQUEST THAT: ABOVE CASE BE REOPENED IMMEDIATLY.

THIS MOTION SHOULD BE GRANTED BECAUSE: ① I NEVER RECIEVED ANY PRIOR NOTICE OF ANYKIND REGARDING THIS CASE WOULD BE CLOSED/DISMISSED. ② ON 5/26/06 I CALLED COURT OF CLERK REGARDING STATUS OF MY CASE(S). AT THIS TIME ONLY- I WAS NOTIFIED BY CLERK OF COURT THAT MY CASE(S) WERE CLOSED/DISMISSED. ③ SINCE I RECIEVED NO PRIOR NOTIFICATION OF MY CASE(S) BEING DISMISSED/CLOSED - I AM ASKING THE COURT TO REOPEN THIS CASE, SO I MAY CONTINUE TO PURSUE THIS LEGAL ACTION. I WAS THE VICTIM. ④ NOVEMBER '05 I DID MAIL IN MY CHANGE OF ADDRESS TO CLERK OF COURT! THIS WAS DONE PRIOR TO MY RELEASE- DEC. 5, '05.

DATE: 5/26/06

SIGNATURE: James L. Hall

James L. Hall #987
Anchorage Corrections Complex West
1300 East Fourth Avenue
Anchorage, AK 99501