IN THE U.S. DISTRICT COURT / FOR THE DISTRICT OF ALASKA.

RECEIVED
MAY 3 1 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

JAMES L. HALL #987
    Plaintiff,

VS.

MARY E. FISCHER, JOHN SKIDMORE, ANDREW COTTLE, RAFAEL ROBINSON,
    Defendant.

Case No: A05-0226 CV. (JWS)

MOTION FOR: 1 COPY OF ABOVE FILE.

I JAMES L. HALL, REQUEST THAT: I RECIEVE ONE COPY OF ABOVE FILES FROM THE COURT.

* I AM INDIGENT.

THIS MOTION SHOULD BE GRANTED BECAUSE: ① MY OFFICE BOX WITH ALL MY LEGAL CASES - FILES - + EVIDENCES - WERE DISPOSED OF, NOT OF MY DOINGS. ② I AM INDIGENT, I HAVE NO MONEY AT THIS TIME. I AM WILLING TO SIGN A LEGAL PROMISARY NOTE/DOCUMENT TO PAY FOR ABOVE COPIES AS SOON AS POSSIBLE. ③ YOUR COURT HAS MY ONLY COPIES, AND I URGENTLY NEED ONLY ONE COPY SENT TO ME AS SOON AS POSSIBLE, PLEASE. I WAS THE VICTIM IN THIS CASE. I WILL SIGN OVER MY NEXT "AK. P.F.D." - IF NEED BE. ④ I'LL ALSO NEED THESE COPIES TO REFILE THIS CASE - IF NEED BE.

5/26/06
DATE

James L. Hall
SIGNATURE

James L. Hall #987
Anchorage Corrections Complex West
1300 East Fourth Avenue
Anchorage, AK 99501