IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES L. HALL,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW COTTLE, et al.,<br><br>    Defendants. | Case No. 3:05-cv-00226-JWS<br><br><br>ORDER OF DISMISSAL |

James L. Hall, a state prisoner representing himself, filed a motion to reopen his civil rights case, which was granted.[1] On June 29, 2006, Mr. Hall, was ordered to "comply with this Court's order at docket number 6, and file an amended application to waive [prepayment of] the filing fee, on or before **July 28, 2006**"[2] The Court's order granting the motion to reopen, and requiring an amended application to waive prepayment of the filing fee was returned to the Court on July 10, 2006.[3]

---

[1] *See* Docket Nos. 9, 11.

[2] Docket No. 11 at 2.

[3] *See* Docket No. 12.

The Court takes notice that Mr. Hall was released from incarceration on July 16, 2006, but has filed no change of address with the Court. To date, Mr. Hall has not complied with the Court's Order.

**IT IS THEREFORE ORDERED** that:

This action is DISMISSED without prejudice.

DATED this 2nd day of August, 2006, at Anchorage, Alaska.

/s/JOHN W. SEDWICK
United States District Judge