## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

JAMES L. HALL,
    Plaintiff,

                            Case Number 3:05-cv-00226-JWS

v.

ANDREW COTTLE, et al.,
    Defendants.               **JUDGMENT IN A CIVIL CASE**

___  **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT**.

      IT IS ORDERED AND ADJUDGED:

      THAT this action is DISMISSED without prejudice for failure to prosecute.

APPROVED:

/s/JOHN W. SEDWICK
United States District Judge

Date: August 2, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                            Ida Romack
                            Clerk of Court

[hall 226 judgment.wpd]{JMT2.WPT*Rev.3/03}