*PLEASE RUSH/EXPEDITE!!*

IN THE DISTRICT/~~SUPERIOR~~ COURT FOR THE ~~STATE~~ DISTRICT OF ALASKA
AT ANCHORAGE

**RECEIVED**
AUG 3 1 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

JAMES L. HALL #987 )
(PRO-SE)   Plaintiff(s), )
)
vs. )
(ASST DA) MARY E. FISCHER, JOHN SKIDMORE, )  Case No. A05-0226 CV. (JWS)
(APD) ANDREW COTTLE, RAFAEL ROBINSON )
Defendant(s). )
) REQUEST AND ORDER
) FOR ONE COPY OF ABOVE CASE RECORDS,
FROM DISTRICT COURT/RECORDS.

### REQUEST

I request that ALL CASE RECORDS OF THE ABOVE MENTIONED, A COPY OF EVERY PAGE BE SENT TO ME PRIOR TO MY 2 TRIALS - SOON (END OF AUG. + BEGINING OF SEP.)

For the following reasons: ① I HAVE THE RIGHTS TO ONE (GOOD) COPY OF ABOVE CASE RECORDS, (I HAVE 2 TRIALS SOON (END OF AUG. + BEGINING OF SEPT. 07), OF CRIMINAL MATTERS.)
② ALL MY FILES + PROPERTIES WERE DISPOSED OF, THEREFORE I HAVE NONE.
③ THESE COPIES ARE RELATED TO MY 2 CURRENT TRIALS, PLEASE RUSH/EXPEDITE.
④ I AM INDIGENT + I HAVE ENCLOSED/ATTACHED ~~AN~~ EXEMPTION OF FEE PAYMENTS.

I certify that on the date below a copy of this request was mailed/handed to all other parties in this case as follows (list names and addresses): NO OTHER PARTY, THIS CASE WAS DISMISSED.

8/14/07
Date

*James L. Hall*
Signature of Plaintiff/Defendant

JAMES L. HALL #987          N/A
Print Name                  Daytime Phone

ACC-WEST, 1300 E. 4TH AVE, ANCHORAGE, AK 99501
Mailing Address                              City/State/Zip

### ORDER

☐ Request granted.    ☐ Request denied because _____

Date

I certify that on _____
a copy of the order was sent to:

Clerk: _____

Judge's Signature

Type or Print Judge's Name

Page 1 of 1

Request and Order for ....

JAMES LITTRELL 707
CIVIL DIVISION
OFFICE OF THE CLERK/TRIAL COURTS
ALASKA COURT SYSTEM
825 W. 4TH AVENUE
ANCHORAGE, AK 99501-2004

TO CHIEF JUDGE JOHN W. SEDWICK
U.S. DISTRICT COURT FOR THE DISTRICT OF ALASKA
222 W. 7TH AVENUE #4
ANCHORAGE, ALASKA 99513-7564

"RUSH/EXPEDITE!!"
"CONFIDENTIAL FEDERAL LEGAL MAIL"

"EXPEDITE"
"FEDERAL CONFIDENTIAL LEGAL MAIL"