*PLEASE RUSH/ EXPEDITE*

| To Clerk: Do not issue summons until request is granted or filing fee is paid. |
|---|

IN THE DISTRICT/~~SUPERIOR~~ COURT FOR THE ~~STATE~~ DISTRICT OF ALASKA
AT ANCHORAGE

JAMES L. HALL #987 (PRO-SE) )
        Plaintiff, )
vs. )
- COTTLE, ETAL. )
- BETTS, SELF )
- LEITONI TUPOU )
        Defendant. )

CASE NOS: A05-0226 CV. (JWS)
        A05-0219 CV. (JWS)
        A05-0160 CV. (RRB)

REQUEST FOR EXEMPTION
FROM PAYMENT OF FEES

I, JAMES L. HALL, request exemption from payment of the fees listed in Administrative Rule 9(f)(1) due to my financial inability to pay.

FINANCIAL STATEMENT

Phone: N/A (ACC-WEST)    Date of Birth: 2/1/1964
Residence Address: ACC-WEST, 1300 E. 4TH AVE., ANCHORAGE, AK 99501
Mailing Address: ACC-WEST, " " " " " " "
Present Employer: N/A
(If not now employed, state last employer and date terminated)

Employer's Address: N/A     Employer's Phone: N/A

1. INCOME INFORMATION (after taxes, but before other deductions)

| | You | Your Spouse |
|---|---|---|
| a. Income during last 12 months: | | |
| Wages | 0 | 0 |
| Public Assistance | 0 | 0 |
| Unemployment | 0 | 0 |
| Other (Specify) | 0 | 0 |
| TOTAL: | 0 | 0 |
| b. Current monthly income from all sources: | 0 | 0 |

2. FAMILY MONTHLY EXPENSES:

| | |
|---|---|
| Food | 0 |
| Rent | 0 |
| Utilities | 0 |
| Car payments | 0 |
| Furniture & Equipment payments | 0 |
| Child support or alimony | 0 |
| Loans/Time payments | 0 |
| TOTAL EXPENSES: | 0 |

3.  FAMILY ASSETS – Present Value:
    Cash on hand or
    in bank                                     0
    Land, buildings or
    trailers                                    0
    Cars                                        0
    Snow machines, boats
    airplanes or other
    motor vehicles
    (except cars)                               0
    Securities: stocks,
    bonds, notes                                0
    Businesses                                  0
    Other Assets:
    _____                                      0
    _____                                      0
    _____                                      0

4.  FAMILY DEBTS:
    Mortgages                                   0
    Loans                                       0
    Charge cards                                0
    Other (bills, etc.):
    CREDITORS                             $50,000 +
    _____                                      0
    _____                                      0

    TOTAL DEBT: $50,000 +

TOTAL ASSETS: _____

5.  DEPENDENTS:   Name        Age        Relationship
                  N/A         N/A        N/A

I swear or affirm that this financial statement is true. I understand that if I give false information in the financial statement, I may be prosecuted for perjury.

7/6/'07
Date

*James Hall* (signed)
Signature of Plaintiff/Defendant

Subscribed and sworn to or affirmed before me at Anchorage, Alaska
July 6 2007
(date)

*Rebecca L. Cowart* (signed)
Notary Public/Judge/Court Clerk
My Commission Expires: With Office

(SEAL: REBECCA L. COWART, NOTARY PUBLIC, STATE OF ALASKA)

ORDER

It is ordered that the request for exemption from payment of fees is:

☐ GRANTED. Plaintiff/Defendant is exempted from payment of the fees specified in Administrative Rule 9(f)(1).

☐ DENIED. Any fees now due in this case must be paid before any further action is taken. If payment is not made within 30 days after notice of the order, the court may dismiss the action. Admin.Rule 10(d).

_____          _____
Date                            Judge/Magistrate
I certify that on _____
a copy of this order was sent to:    Type or Print Name
Clerk: _____