ℓ James L. Hall

Name

# 987

Prison Number

ACC-WEST / C.I.P.T.

Place of Confinement

1300 E. 4TH AVENUE

ANCHORAGE, ALASKA 99501

Address

N/A

Telephone

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

ℓ James L. Hall #987,
PRO-SE

**Plaintiff,**

vs.

ANDREW COTTLE, ET AL

MARY E. FISCHER, ET AL,

**Defendant(s).**

Case No. 3:05-CV-00226-JWS,

AMENDED
MOTION

to/for A COPY OF ENTIRE FILE.

I, ℓ James L. Hall_____, proceeding without a lawyer, move

to/for U.S. DISTRICT COURT TO PROVIDE ME WITH A COPY OF ENTIRE FILE

under the following statute(s)/rule(s) (if known) _?_____

for the following reason(s): ① IT'S A CLOSED CASE NOW, ② EVERYTHING + ALL

FILES I OWNED WERE DISPOSED OF + NOW I HAVE NO COPIES OF ABOVE

CASE WHICH INCLUDED - FAMILY, REHABILITATIONAL, SENTIMENTAL LITERATURE,
ADDRESSES, EMPLOYMENT + MEDICAL INFORMATION, ③ I DID REQUEST ONE COPY OF ALL
ORIGINALS I SENT (IN LETTERS) WITH COMPLAINTS, I NEVER RECIEVED ANY.

PS 15 (effective 8/05)

④ I BELIEVE I HAVE A CIVIL RIGHT TO A COPY OF ALL MY CASE FILE THAT I SENT
TO U.S. DISTRICT COURT, ESPECIALLY AFTER THE CASE HAS BEEN CLOSED,  →

⑤   THIS CASE HAS A LOT OF INFORMATION/EVIDENCE INVOLVING ANOTHER

CIVIL CASE AS WELL AS MY CURRENT CRIMINAL CASE.

---

* THERE WILL BE NO REOPENING OF THIS CASE NOR PAPERWORK FILED

BY ME UPON RECIEVING MY ONE COPY OF THIS ENTIRE FILE.

THANK YOU

---

### Declaration Under Penalty of Perjury

I, &JAMES L. HALL #987 , declare under penalty of

perjury, that I have reviewed the above motion, and that the information contained

in this motion is true and correct.

DATED: 9/20/'07 , at ANCHORAGE, ALASKA .

James L. Hall
Signature

### Certificate of Service

I certify that, on 10/01/07 a copy of this motion

(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on (NO OPPOSING PARTY, THIS IS ONLY A REQUEST FOR

(Opposing Party or Counsel) COPIES ON THIS

CLOSED CASE.

at ACC-WEST, 1300 E. 4TH AVE, ANCHORAGE, AK 99501 .

(Address)

James Hall
Signature

PS 15 (effective 8/05)                    2                    MOTION