IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES L. HALL,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW COTTLE, et al.,<br><br>    Defendants. | Case No. 3:05-cv-00226-JWS<br><br>ORDER REGARDING<br>WAIVER OF PREPAYMENT<br><u>OF COPYING COSTS</u> |

James L. Hall, a self-represented prisoner, has filed a motion for waiver of prepayment of the costs of copying his entire case file, which he claims he needs for ongoing state court litigation.[1] Although Mr. Hall submitted documentation showing that he currently has insufficient funds from which to pay the costs involved, he has failed to explain why he needs copies of any particular documents for his state cases. Court records show that all documents in the file have either originated from

---

[1] *See* Docket Nos. 21-23.

Mr. Hall, or were sent to Mr. Hall by the Court. The Court is not required to supply, at public expense, unlimited copies of such case filings to indigent litigants.[2]

In an earlier Order, the Court suggested that the best way for Mr. Hall to obtain his file, which has been archived, is through counsel in his state case(s).[3] However, Mr. Hall has again chosen to move on his own to secure copies of all the documents in this case.[4] If Mr. Hall still wishes to secure copies of the documents in this case without prepayment of the costs, he must explain to the Court which documents he needs, and why he needs each particular document. Furthermore, Mr. Hall is cautioned that the $45 cost of retrieving the file from archives, and the $.50 per page copying fee, will be deducted from his prison trust account.[5]

---

[2] Although Mr. Hall failed to file a change of address form with the Court, the Court nonetheless re-sent copies of docket numbers 11, 13 and 14 to Mr. Hall on September 13, 2007. Docket numbers 1-8 are archived.

[3] See Docket No. 23. See also, State of Alaska v. James L. Hall, 3AN-07-03889CR (showing representation by the Public Defender Agency); James L. Hall v. State of Alaska DOC, 3AN-06-13179CI (showing representation by counsel).

[4] The Court notes that Mr. Hall is now housed at Anchorage Correctional Complex West, one of the institutions from which prisoners routinely tell the Court that their files are lost upon transfer from that temporary facility.

[5] See Docket No. 23 at 1 (Mr. Hall has offered to be billed for the cost of securing his file).

**IT IS HEREBY ORDERED** that:

1. The Clerk of Court is directed to send Mr. Hall a copy of the docket sheet in this case.

2. Mr. Hall is directed to review the docket sheet and, for each item he requests, explain specifically why he needs that particular document.

3. Mr. Hall's motion to waive prepayment of the costs copying all of his case file (which includes the $45 cost of retrieving his file from archives), at docket numbers 21-23, is provisionally denied; however, the Court will re-visit the motion if and when Mr. Hall fully complies with this Order.

DATED this 13th day of November, 2007, at Anchorage, Alaska.

/s/JOHN W. SEDWICK
United States District Judge