**Name:** James L. Hall
**Prison Number:** #000987
**Place of Confinement:** ACC-WEST

**Address:** 1300 E. 4TH AVE., ANCHORAGE, ALASKA 99501
**Telephone:** (907) 272-9322 MSG.

RECEIVED
APR 0 2 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

James L. Hall,
  Plaintiff,

vs.

Andrew Cottle
Rafael Robinson (A.P.D. Officers)
Mary E. Fischer (Asst. D.A.)
John B. Skidmore,
  Defendant(s).

Case No. A05-0226 CV. (JWS)

MOTION

to/for PRODUCTION OF 1 COPY OF MY COMPLAINT, MOTIONS, EVIDENCE, LETTERS.

I, James L. Hall, proceeding without a lawyer, move to/for PRODUCTION FOR 1 COPY OF MY "COMPLAINT, MOTIONS, LETTERS + EVIDENCE, PRETRIAL MOTION, CIVIL RULE 16(e),

under the following statute(s)/rule(s) (if known) RULES 403, 404, 608 + 609,

for the following reason(s): MY PRETRIAL MOTION DEADLINE IS APRIL 7, 08 TO FILE FOR EXCULPATORY EVIDENCE, HARRASSMENTS, RETALIATORY, ETC. MOTIVES WHICH LATER RESULTED IN MY INJURY AND THIS CASE -#3AN-06-13179 CI, REGARDING TO MY ILLEGAL ARREST + INDICTMENT WHICH IS RELATED TO 13179 CIVIL CASE.

PS 15 (effective 8/05)

FOR THE ABOVE REASONS GIVEN, I ONLY NEED ONE COPY OF MY CIVIL "CLOSED CASE" FILES (COMPLAINT, MOTIONS, LETTERS, EVIDENCE) BECAUSE MY (U.P.O.) UNIFORM PRETRIAL ORDER + PRETRIAL MOTION DEADLINE IS ON APRIL 7, 2008. COULD I PLEASE HAVE THIS MOTION EXPEDITED? MY PRETRIAL CONFERENCE IS APRIL 11, 2008 + MY TRIAL DATE IS ON MAY 5, 2008. EVERYTHING I OWNED WAS DISPOSED OF, I NO LONGER HAVE ANY PAST RECORDS. I'M INDIGENT, ATTACHED IS MY OTA STATEMENT.
* THANK YOU.

### Declaration Under Penalty of Perjury

I, _____, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED:_____, at _____

_____
Signature

### Certificate of Service

I certify that, on _____ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on_____
(Opposing Party or Counsel)

at _____.
(Address)

_____
Signature

PS 15 (effective 8/05)　　　　　　　2　　　　　　　MOTION

JAMES HALL #987
ANCHORAGE CORRECTION COMPLEX WEST,
1300 E. 4TH AVE.
ANCHORAGE, ALASKA
99501

EXPEDITE
LEGAL

JUDGE JOHN SEDWICK,
U.S. DISTRICT COURT
CLERK OF COURT
222 W. 7TH AVE. #4
ANCHORAGE, ALASKA 99513-7564

EXPEDITE
LEGAL
MAIL

9951317564 C001

$00.750
Mailed From 99501
03.28/2008
US POSTAGE