# STATE OF ALASKA /

## DEPARTMENT OF CORRECTIONS

*Sarah Palin, GOVERNOR*

REPLY TO:

P.O. Box 112000
Juneau, Alaska 99811-2000
Telephone (907) 465-3478

*Shiela Lender*

February 19, 2008

James L. Hall
c/o Anchorage Correctional Complex West
1300 E. 4th Avenue
Anchorage, Alaska 99501



RECEIVED
APR 02 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Dear Mr. Hall:

**RE: Prisoner Account Statement**

Issued under the authority of Alaska Statute (A.S.) 09.19.010 (b)(2), the certified copies of prisoner account statements you requested for account # **987** the time period **August 2007** through **January 2008** are enclosed. **Please note statements for prior periods of incarceration may not be included.**

In addition, in response to A.S. 09.19.010 (d), the following is provided:

1.) The average monthly deposit for the time period indicated above was $35.00 and 20% of this amount equals $7.00.

and,

2.) The average balance for the time period indicated above was $9.99 and 20% of this amount equals $1.99.

If you are a prisoner who is commencing a civil action, an appeal from a civil action, or an appeal from the final decision of an administrative agency, against the state or a present or former state officer, agent or employee, **and you are requesting a filing fee exemption**, you should submit this memorandum and enclosure to the court.

If you indicated that you would like an additional copy of your statements or requested statements older than six months these copies are available for $0.15 each. You may request copies of these originals from your Institution through a commissary request.

If you have any questions on this information, please contact us.

Enclosure/s

Sincerely,

*Mary Engdahl*
Mary Engdahl, Offender Trust Manager
Division of Administrative Services/DOC

Offender #: 987    USP #: 987    HALL, JAMES LOUIS                                   Location: COOK INLET PRET    Cell: J07B

Alaska Department of Corrections
COOK INLET PRETRIAL

## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 08/01/2007    To: 08/31/2007

Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 2.19

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| 820200 | 08/16/2007 | Cash Receipt - ELROD, PHILLIP | | 25.00 | 25.00 |
| 820201 | 08/16/2007 | 06/26/2007 163557 51 | 1.51 | | 23.49 |
| 820202 | 08/16/2007 | 07/13/2007 167593 51 | 4.00 | | 19.49 |
| 822358 | 08/23/2007 | Commissary Purchase; Invoice 401351 | 10.45 | | 9.04 |
| 824940 | 08/30/2007 | Commissary Purchase; Invoice 402992 | 6.85 | | 2.19 |
| | | Ending Balance | | | 2.19 |

Account: FORCED SAVINGS
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

Account: SAVINGS - INMATE REQUESTED
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

MESSAGES:
I/M REQUEST

I certify this to be a true copy of the original document

*[signature]*  *[date]*
SIGNATURE    DATE

Offender #: 987    USP #: 987    HALL, JAMES LOUIS                                   Location: COOK INLET PRET    Cell: J07B

Offender #: 987    USP #: 987    HALL, JAMES LOUIS                Location: COOK INLET PRET    Cell: J07B

Alaska Department of Corrections
COOK INLET PRETRIAL

**STATEMENT OF ACCOUNT**
**Offender Account Activity**

Statement Date: 09/01/2007    To: 09/30/2007                    Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 5.43

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
|  |  | Beginning Balance |  |  | 2.19 |
| 828817 | 09/05/2007 | 08/30/2007 171464 51 | 2.19 |  | 0.00 |
| 835278 | 09/20/2007 | Cash Receipt - ELROD, PHILLIP |  | 25.00 | 25.00 |
| 835279 | 09/20/2007 | 08/30/2007 171464 51 | 1.81 |  | 23.19 |
| 836544 | 09/25/2007 | MAIL LETTERS | 0.41 |  | 22.78 |
| 837338 | 09/27/2007 | Commissary Purchase; Invoice 409783 | 17.35 |  | 5.43 |
|  |  | Ending Balance |  |  | 5.43 |

Account: FORCED SAVINGS
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
|  |  | Beginning Balance |  |  | 0.00 |
|  |  | Ending Balance |  |  | 0.00 |

Account: SAVINGS - INMATE REQUESTED
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
|  |  | Beginning Balance |  |  | 0.00 |
|  |  | Ending Balance |  |  | 0.00 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy of the original document

SIGNATURE    DATE

Offender #: 987    USP #: 987    HALL, JAMES LOUIS                Location: COOK INLET PRET    Cell: J07B

Alaska Department of Corrections
COOK INLET PRETRIAL

## STATEMENT OF ACCOUNT
**Offender Account Activity**

Statement Date: 10/01/2007   To: 10/31/2007

Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 29.66

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 5.43 |
| 838981 | 10/02/2007 | Cash Receipt - ELROD, PHILLIP | | 20.00 | 25.43 |
| 839766 | 10/04/2007 | Commissary Purchase; Invoice 411451 | 5.25 | | 20.18 |
| 846646 | 10/16/2007 | 10/10/2007 171793/51 | 4.00 | | 16.18 |
| 847094 | 10/17/2007 | Cash Receipt - ELROD, PHILLIP | | 30.00 | 46.18 |
| 847777 | 10/19/2007 | MAIL LETTERS | 0.41 | | 45.77 |
| 850118 | 10/25/2007 | Commissary Purchase; Invoice 416168 | 15.70 | | 30.07 |
| 850130 | 10/25/2007 | MAIL LETTERS | 0.41 | | 29.66 |
| 852608 | 10/31/2007 | Teller Disbursement | | | 29.66 |
| | | Ending Balance | | | 29.66 |

Account: FORCED SAVINGS
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

Account: SAVINGS - INMATE REQUESTED
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy of the original document

SIGNATURE   DATE

Offender #: 987   USP #: 987   HALL, JAMES LOUIS   Location: COOK INLET PRET   Cell: J07B

## Alaska Department of Corrections
### COOK INLET PRETRIAL

### STATEMENT OF ACCOUNT
#### Offender Account Activity

Statement Date: 11/01/2007   To: 11/30/2007

Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 19.08

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
|  |  | Beginning Balance |  |  | 29.66 |
| 852763 | 11/01/2007 | Commissary Purchase; Invoice 417926 | 24.95 |  | 4.71 |
| 853241 | 11/02/2007 | COPIES FOR INMATES | 2.10 |  | 2.61 |
| 858137 | 11/08/2007 | Commissary Purchase; Invoice 419725 | 0.85 |  | 1.76 |
| 859694 | 11/13/2007 | Cash Receipt - ELROD, PHILLIP |  | 30.00 | 31.76 |
| 859945 | 11/14/2007 | MAIL LETTERS | 0.41 |  | 31.35 |
| 862004 | 11/19/2007 | MAIL LETTERS | 1.23 |  | 30.12 |
| 862862 | 11/21/2007 | Commissary Purchase; Invoice 423547 | 27.50 |  | 2.62 |
| 865413 | 11/28/2007 | Cash Receipt - ELROD, PHILLIP |  | 20.00 | 22.62 |
| 865967 | 11/29/2007 | Commissary Purchase; Invoice 425294 | 0.50 |  | 22.12 |
| 865971 | 11/29/2007 | MAIL LETTERS | 3.04 |  | 19.08 |
|  |  | Ending Balance |  |  | 19.08 |

Account: FORCED SAVINGS
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
|  |  | Beginning Balance |  |  | 0.00 |
|  |  | Ending Balance |  |  | 0.00 |

Account: SAVINGS - INMATE REQUESTED
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
|  |  | Beginning Balance |  |  | 0.00 |
|  |  | Ending Balance |  |  | 0.00 |

MESSAGES:
I/M REQUEST

I certify this to be a true copy of the original document

SIGNATURE   DATE

Alaska Department of Corrections
COOK INLET PRETRIAL

## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 12/01/2007   To: 12/31/2007

Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 3.58

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 19.08 |
| 870675 | 12/06/2007 | Commissary Purchase; Invoice 427031 | 16.65 | | 2.43 |
| 874165 | 12/13/2007 | Commissary Purchase; Invoice 428832 | 1.50 | | 0.93 |
| 874354 | 12/13/2007 | Cash Receipt - ELROD, PHILLIP | | 15.00 | 15.93 |
| 874454 | 12/13/2007 | 12/07/2007 173486 51 | 4.00 | | 11.93 |
| 877268 | 12/20/2007 | Commissary Purchase; Invoice 430890 | 8.35 | | 3.58 |
| | | Ending Balance | | | 3.58 |

Account: FORCED SAVINGS
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

Account: SAVINGS - INMATE REQUESTED
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy of the original document

SIGNATURE   DATE

Alaska Department of Corrections
COOK INLET PRETRIAL

## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 01/01/2008    To: 01/31/2008

Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 3.58 |
| 881641 | 01/03/2008 | Commissary Purchase; Invoice 432820 | 2.40 | | 1.18 |
| 886554 | 01/09/2008 | Cash Receipt - ELROD, PHILLIP | | 20.00 | 21.18 |
| 887427 | 01/11/2008 | 01/09/2008 171877 51 | 4.00 | | 17.18 |
| 889371 | 01/17/2008 | Commissary Purchase; Invoice 436664 | 15.40 | | 1.78 |
| 891443 | 01/23/2008 | Cash Receipt - ELROD, PHILLIP | | 25.00 | 26.78 |
| 891567 | 01/23/2008 | 01/18/2008 171915 50 51 | 8.00 | | 18.78 |
| 893385 | 01/29/2008 | 01/25/2008 177234 50 53 | 18.78 | | 0.00 |
| | | Ending Balance | | | 0.00 |

Account: FORCED SAVINGS
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

Account: SAVINGS - INMATE REQUESTED
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy
of the original document

SIGNATURE    DATE

Offender #: 987    USP #: 987    HALL, JAMES LOUIS    Location: COOK INLET PRET    Cell: J07B