IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES L. HALL,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW COTTLE, et al.,<br><br>    Defendants. | Case No. 3:05-cv-00226-JWS<br><br>FURTHER ORDER<br><u>REGARDING COPIES</u> |

On August 31, 2007, James L. Hall, a self-represented prisoner, filed a motion for waiver of prepayment of the costs of copying his entire case file, which he claimed he needed for ongoing state court litigation.[1] Although Mr. Hall submitted documentation showing that he currently had insufficient funds from which to pay the costs involved, he failed to explain why he needed copies of any particular document for his state cases.[2]

---

[1] *See* Docket Nos. 17-19.

[2] Court records show that all documents in the file have either originated from Mr. Hall, or were sent to Mr. Hall by the Court. Further, although Mr. Hall failed to file a change of address form with the Court, the

On September 13, 2007, Mr. Hall was informed that, if still wished to secure copies of the documents in this closed case without prepayment of the costs, he must explain to the Court which documents he needs, and why he needs each particular document.[3] Nevertheless, the Court sent several requested documents to Mr. Hall, which were not archived in Seattle, with that Order. Mr. Hall was cautioned that the $45 cost of retrieving the file from archives, and the $.50 per page copying fee, would be deducted from his prison trust account.[4]

On October 5, 2007, Mr. Hall filed an amended motion for copies of his entire court file,[5] which was provisionally denied, with the Court requiring Mr. Hall to review the docket sheet and, for each item requested, explain why he needed that particular document.[6] Instead, on November 19, 2007, Mr. Hall filed a "notice of cancellation" of his motion for copies.[7]

---

Court nonetheless re-sent copies of docket numbers 11, 13 and 14 to Mr. Hall on September 13, 2007. Docket numbers 1-8 are archived.

[3] See Docket No. 20.

[4] *See* Docket No. 23 at 1 (Mr. Hall offered to be billed for the cost of securing his closed file from archives).

[5] *See* Docket Nos. 21-23.

[6] See Docket No. 24.

[7] *See* Docket Nos. 25, 26.

Mr. Hall has now filed yet another request for copies, which he says are necessary for an ongoing state case, *Hall v. State of Alaska*, 3AN-06-13179CI.[8] A review of the public record of the docket entries in that case show that Mr. Hall was represented by counsel until only a month ago. Mr. Hall also says he can pay for copies from his prison trust account. Yet, this could have been done through counsel, as previously suggested by the Court,[9] until only a month ago.

Therefore, Mr. Hall's request for copies without prepayment will be denied, and Mr. Hall may send the Court the money necessary for copies from archives, as explained to him on several past occasions.[10]

**IT IS HEREBY ORDERED** that Mr. Hall's motion at docket number 27 is DENIED.

DATED this 30th day of April, 2008, at Anchorage, Alaska.

/S/JOHN W. SEDWICK
United States District Judge

---

[8] *See* Docket No. 27.

[9] *See* Docket No. 20 at 2; Docket No. 24 at 2.

[10] *See, e.g.*, Docket No. 27-3, filed by Mr. Hall with his motion, and explaining that documents filed before January 3, 2006, are archived in Seattle; *see also* Docket No. 20 (requested documents which were not archived were re-sent to Mr. Hall on September 13, 2007).